FILE COPY



FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/9/2015 1:16:40 PM
CATHY S. LUSK
Clerk

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

**FILED FOR RECORD**
At 5:15 o'clock p.m.

JUN - 8 2015

**JANICE STAPLES**
District Clerk, Anderson County, TX
by_____ Dep.

June 5, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-15-00027-CV
Trial Court Case Number: 349-7261

**Style:** Kenneth Crissup
v.
William Stephens, Todd A. Foxworth, Pamela Kirkpatrick, Eboni G. Brown, Dr.
Gary Wright, Lisa Garrett and Unknown Officer

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C Kenneth Crissup
C Hon. Ken Paxton Jr. (DELIVERED VIA E-MAIL)
:

Mandate executed on ___8___ day of ___June___, 2015.

Brief explanation of action taken: _filed in the papers of the cause_

_Janice G. Staples_ _____ District/County Clerk

FILE COPY

**1517 WEST FRONT STREET** • **SUITE 354** • **TYLER, TX 75702** • **TEL: 903-593-8471** • **FAX: 903-593-2193**
_Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties_
www.12thcoa.courts.state.tx.us